# Order

Michigan Supreme Court
Lansing, Michigan

December 22, 2020

161085

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

AARON CLARK ROSE,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161085
COA: 351041
Calhoun CC: 2015-003114-FC

      On order of the Court, the application for leave to appeal the February 14, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2020



Clerk

t1214